United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 10, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

05 – 20187
Summary Calendar
_____

CASTON FORBES & SANDRA KAY FORBES,

Plaintiffs - Appellants,

V.

NEW CENTURY MORTGAGE CORPORATION,

Defendant - Appellee

&

OCWEN FEDERAL BANK FSB,

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston
_____

Before JOLLY, DAVIS and OWEN, Circuit Judges:

PER CURIAM:[*]

Appellants assign some twenty-three violations of the Texas
Constitution and breaches of common law and statutory duties in
support of their appeal challenging the district court's order
concluding that appellants are bound on the note and mortgage they
signed and granting summary judgment to defendants. Having reviewed

_____

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

the briefs and record in this case, we conclude that none of these arguments have merit.  We therefore affirm the district court's judgment essentially for the reasons stated in the district court's Memorandum and Order of February 16, 2005.

AFFIRMED.